Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:   (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>GARPER S.A. dba HARVEST FOODS and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00543 FCD PAN<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**F.R.Civ.P. 41(a)(1)** |

1   Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendant,
2   Garper S.A. dba Harvest Foods through through their attorneys undersigned,
3   stipulate and agree that the above-captioned matter may be dismissed as to all
4   claims and all defendants, with prejudice, each party to bear his own attorneys'
5   fees and costs.

7   DATED: October 31, 2006                    **AZIMY & NATHAN, LLP**

10                                         By: /s/ Reuben D. Nathan, Esq.
11                                              Reuben D. Nathan, Esq.
                                                Attorney for Plaintiff,
12                                              Joseph Abdullah

14   DATED: October 31, 2006                    **THE GWENN LAW GROUP**

16         By: /s/ Barbara B. Nguyen, Esq. as authorized on October 31, 2006
17                                              Barbara B. Nguyen, Esq.
                                                Attorney for Defendant, Garper S.A.
18                                              dba Harvest Foods

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated:  November 6, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT**